# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PONTEA BANAYAN,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, and DOES 1 through 100,<br><br>Defendants. | Case No. 19-CV-00149-SVW-AGR<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Based on the stipulation of the parties and good cause appearing therefor, it is hereby ordered that the stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

Dated: May 21, 2019

_____
Hon. Stephen V. Wilson
Judge, United States District Court